

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GRK
2002R01298
Hurley.wpd

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 11, 2005

**By Hand Delivery**
Hon. Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York
934 Federal Plaza
Central Islip, New York 11722-4454

> Re: United States v. American International Mortgage Bankers, Inc., et al.
>     Docket No. 02 CR 1298 (DRH) (S-1)

Dear Judge Hurley:

      Pursuant to the Court's direction at the February 25, 2005 status conference, the Government submits this letter to update the Court on the status of the remaining two defendants. The Government anticipates that both the corporation AIMB and the defendant Matthew Francis will enter guilty pleas within the next 30 days. The Government will advise the Court if the situation involving one or both of the defendants changes.

      Respectfully,

      ROSLYNN R. MAUSKOPF
      United States Attorney

      By: /s/  *Geoffrey R. Kaiser*
         GEOFFREY R. KAISER
         Assistant U.S. Attorney
         (631) 715-7837

cc:    Michael Soroka, Esq. (by fax)
        Joseph Benfante, Esq. (by fax)